UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:24-cv-00252-TPB-AEP

HOWARD COHAN,

    Plaintiff,
v.

ARA USH CHICAGO TENANT LLC
d/b/a HYATT PLACE LAKELAND CENTER,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Howard Cohan, and Defendant, Ara Ush Chicago Tenant LLC d/b/a Hyatt Place Lakeland Center, (collectively, the Parties), hereby notify the Court that the instant action has settled. The Parties expect to file a stipulation of dismissal with prejudice within thirty (30) days. The Parties request that the Court enter an order administratively closing the case, thereby relieving the Parties from compliance with any pending pretrial deadlines and from filing any further responses, motions, and/or pleadings.

| SCONZO LAW OFFICE, P.A. | FORD & HARRISON, LLP |
|---|---|
| By: */s/ Gregory S. Sconzo* <br> Gregory S. Sconzo, Esq. <br> Florida Bar No.: 0105553 <br> greg@sconzolawoffice.com <br> 3825 PGA Boulevard, Suite 207 <br> Palm Beach Gardens, FL 33410 <br> Telephone: (561) 729-0940 | By: */s/ Merry E. Lindberg* <br> Merry E. Lindberg, Esq. <br> Florida Bar No.: 308102 <br> mlindberg@fordharrison.com <br> 515 North Flagler Drive, Suite 350 <br> West Palm Beach, FL 33401 <br> Telephone: (561) 345-7505 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

*Cohan v. Ara USH Chicago Tenant, LLC, etc.*
Case No.  8:24-cv-00252-TPB-AEP
Joint Notice of Settlement

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

>                             /s/ *Merry E. Lindberg*
>                             Merry E. Lindberg, Esq.